(93 South. 921)

Ex parte BATTLES. (7 Div. 323.) (Supreme Court of Alabama, June 1, 1922.) Certiorari to Court of Appeals.

MILLER, J. Petition of Jeff Battles for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of Jeff Battles v. State of Alabama, 18 Ala. App. 475, 93 South. 64. Writ denied.

(93 South. 921)

BELLANY v. STATE. (6 Div. 603.) (Supreme Court of Alabama. May 18, 1922.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Archie Bellany, alias, etc., was convicted of murder, and he appeals. Affirmed. T. A. Harris, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

GARDNER, J. Appellant was tried for the murder of one Andrew Lester, resulting in his conviction of murder in the first degree, with the infliction of the death penalty, and from the judgment of conviction prosecutes this appeal. The only question arising upon the trial of the cause relates to the refusal of four charges which appear on page 4 of the transcript. These charges are manifestly erroneous and call for no separate treatment or consideration. They were therefore properly refused. A motion for new trial was made, and evidence taken, orally before the court, based upon the ground of newly discovered evidence. This motion the court has carefully considered, and, aside from a consideration of the character of this evidence, the defendant utterly failed to meet the requirements of the rule of due diligence, as set forth and established by the decisions of this court. Girardino v. B'ham. South. Rwy., 179 Ala. 420, 60 South. 871; L. & N. R. R. Co. v. Burke, 198 Ala. 99, 73 South. 416; Fries v. Acme White Lead Co., 201 Ala. 613, 79 South. 45. Mindful of our duty and responsibility in cases of this character, we have carefully examined the record, and, finding no reversible error therein, the judgment of conviction will be here affirmed. Affirmed. All the Justices concur.

(93 South. 921)

BIRMINGHAM RY., LIGHT & POWER CO. v. TOWERY. (6 Div. 188.) (Supreme Court of Alabama, June 30, 1922.) Appeal from Circuit Court, Jefferson County; O. B. Smith, Judge. Tillman, Bradley & Baldwin, of Birmingham, for appellant. C. C. Nesmith, of Birmingham, and Luke P. Hunt, of Gadsden, for appellee.

PER CURIAM. Judgment reduced to $7,500, and affirmed, as per agreement.

(93 South. 922)

BRONAUGH v. ENGLE. (8 Div. 465.) (Supreme Court of Alabama. May 16, 1922.) Appeal from Circuit Court, Limestone County; O. Kyle, Judge.

PER CURIAM. Affirmed on certificate.

(93 South. 922)

Ex parte BURGESS. (7 Div. 334.) (Supreme Court of Alabama. June 22, 1922.) Certiorari to Court of Appeals. Isbell & Scott, of Ft. Payne, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

McCLELLAN, J. Petition of Richard Burgess for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of Richard Burgess v. State of Alabama, 18 Ala. App. 529, 92 South. 911. Writ denied.

(93 South. 922)

BURRELL v. MILLER. (7 Div. 231.) (Supreme Court of Alabama. May 30, 1922.) Appeal from Circuit Court, Etowah County; O. A. Steele, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(93 South. 922)

Ex parte BUSBY et al. (5 Div. 832.) (Supreme Court of Alabama. June 15, 1922.) Certiorari to Court of Appeals. A. C. Smith, of Clanton, and Brassell, Brassell & Brassell, of Montgomery, for appellant. Harwell G. Davis, Atty. Gen., opposed.

SOMERVILLE, J. Petition of J. R. Busby et al. for certiorari to Court of Appeals to review and revise the judgment and decision of said court rendered in the case of J. R. Busby et al. v. State of Alabama, for Use of Chilton County, 18 Ala. App. 549, 93 South. 372. Writ denied.

(93 South. 922)

BUTNER v. BARRETT CO. (6 Div. 462.) (Supreme Court of Alabama. April 18, 1922.) Appeal from Circuit Court, Jefferson County; Horace C. Wilkinson, Judge. F. S. White & Sons, of Birmingham, for appellant. Tillman, Bradley & Morrow, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed.